UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

YVES ETIENNE,

                                                           Plaintiff,

              -against-

THE CITY OF NEW YORK, P.O. FELIX SCHMIDT, and
P.O.s JOHN and JANE DOE # 1-10, individually and in
their official capacities, (the names John and Jane Doe
being fictitious, as the true names are presently unknown),

                                                       Defendants.

                             **NOTICE OF APPEARANCE**

                             07 Civ. 3361 (LAK)

------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that **David M. Hazan**, Assistant Corporation Counsel, should be added as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York.

Dated: New York, New York
        May 18, 2007

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel of the City of New York
                                          Attorney for Defendant City of New York
                                          100 Church Street, Room 3-186
                                          New York, New York 10007
                                          (212) 788-8084

                             By:    */s/ David M. Hazan*
                                         David M. Hazan (DH-8611)
                                         Assistant Corporation Counsel
                                         Special Federal Litigation Division