

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

DAVID M. HAZAN
*Assistant Corporation Counsel*
Room 3-186
Telephone: (212) 788-8084
Facsimile: (212) 788-9776
dhazan@law.nyc.gov

May 21, 2007



MEMO ENDORSED

**VIA HAND DELIVERY**
Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: Yves Etienne v. City of New York et al., 07 Civ. 3361 (LAK)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the defense of the above matter on behalf of defendant City of New York. In essence, plaintiff's complaint alleges false imprisonment, excessive force and property damage, following an incident occurring on September 27, 2006. Consequently, I write to respectfully request a forty-five (45) day enlargement of time, until July 5, 2007, for this Office to respond to the complaint. Based upon the date of service on this Office, the City's response is presently due on or about May 21, 2007. Plaintiff's counsel has consented to this request, and I note further that no previous request for an extension has been made in this action.[1]

There are several reasons for seeking an enlargement of time in this matter. In accordance with this Office's obligations under Rule 11 of the Federal Rules of Civil Procedure, we need time to investigate the allegations of the complaint. In this case, plaintiff alleges that he was falsely arrested and that excessive force was used against him. Accordingly, it is necessary

---

[1] According to the docket sheet, the individual named in the caption as P.O. Felix Schmidt has not been served. Without appearing on his behalf, it is respectfully requested that, if he is served prior to July 5, 2007, the same extension be granted to him in order to ensure that his defenses are not jeopardized while representation issues are being decided.

MEMO ENDORSED

Time extended to 6/27/07
SO ORDERED
Lewis A. Kaplan, USDJ 5/23/07