# MEMO ENDORSED

**ROSE M. WEBER**
ATTORNEY AT LAW
225 BROADWAY • SUITE 1608
NEW YORK, NEW YORK 10007



FAX: (212) 791-4149

TELEPHONE: (212) 748-3355



July 18, 2007

**BY MAIL**
Honorable Lewis A. Kaplan
United States District Judge
500 Pearl Street
New York, NY 10007

Re:   Yves Etienne v. City of New York, et al., 07 Civ. 3361 (LAK)

Your Honor:

    Plaintiff writes to request respectfully that the deadline to amend the pleadings, which is currently set for today, be extended by thirty days (i.e., until August 17, 2007). Defendants consent to this request.

    According to my client, six police officers were involved in the incident that underlies the instant lawsuit. I am advised that Mr. Hazan, despite diligent efforts, has not yet been able to identify all of the officers. It seems sensible to amend the complaint after all of the officers have been identified, rather than to file sequential amendments.

    Thank you for your consideration herein.

SO ORDERED

LEWIS A. KAPLAN, USDJ

Respectfully,

Rose M. Weber (RW 0515)

cc   David M. Hazan, Esq. (by fax)