

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

DAVID M. HAZAN
*Assistant Corporation Counsel*
Tel.: (212) 788-8084
Fax: (212) 788-9776

**MEMO ENDORSED**

August 20, 2007

**VIA FIRST CLASS MAIL**
Honorable Lewis A. Kaplan
United States District Judge
United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/07

Re: <u>Yves Etienne v. City of New York, et al.</u>, 07 Civ. 03361 (LAK)

Your Honor:

    I respectfully write, on behalf of all parties, to advise the Court that the above-referenced action settled on August 16, 2007. The Stipulation and Order of Settlement and Discontinuance will be submitted to the Court as soon as it is executed.

    We thank the Court for its assistance throughout this litigation.

Respectfully submitted,

David M. Hazan (DH-8611)
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   <u>Via First Class Mail</u>
Rose M. Weber, Esq.
225 Broadway, Suite 1608
New York, N.Y. 10007

MEMO ENDORSED

Case dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect, on or before, ___9/24/07___, if the settlement is not consummated by then.

SO ORDERED:

_____ 8/23/07
Hon. Lewis A. Kaplan
U.S.D.J.
Laura T. Swain, U.S.D.J.
Part I    8/___/07